AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Chaim Kaplan, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 19-cv-3187 |
| Hezbollah | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* OCT 05 2022 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: OCT 23 2026

BRENNA B. MAHONEY

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Chaim Kaplan, et al.<br>*Plaintiff*<br>v.<br>Hezbollah<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 19-cv-3187 |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 10/05/2022 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

BRENNA B. MAHONEY

Date: 10/19/2026

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

CHAIM KAPLAN, et al.,

Plaintiffs,

v.

HEZBOLLAH,

Defendant.

---------------------------------------------------------------X

JUDGMENT

19-cv-3187 (BMC) (ST)

An Order of Honorable Brian M. Cogan, United States District Judge having been filed on October 3, 2022, adopting the Report and Recommendation of Magistrate Steven Tiscione, dated September 16, 2022, granting plaintiffs' motion for a default judgment; it is

ORDERED and ADJUDGED that plaintiffs' motion for a default judgment is granted; and that judgment is hereby entered in favor of plaintiffs and against defendants in the amount of $111,485,900.01.

Dated: Brooklyn, New York
October 5, 2022

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk